## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.  <u>04-cv-10829 WGY</u>

Title: **<u>Healthy Solutions, LLC et al v. ITV Direct, Inc.</u>**

### **N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge <u>**Young**</u> has been transferred to Judge **Tauro** for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials **JLT.** Please note that this case has also been consolidated with lead case    04-cv-10421 JLT. All pleadings for these cases should be made under the lead case number.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:     <u>Kimberly M. Abaid</u>
Deputy Clerk

Date: <u> July 21, 2004 </u>

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:     Counsel

(In-House re-assign-recusal.wpd - 12/98)                                                    [ntccsasgn.]